UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERNESTINA PEREZ-SUAREZ,** § § § *Petitioner*, § **v.** § § **KRISTI NOEM,** Secretary of the U.S. § Department of Homeland Security; **MARY** § **DE ANDA YBARRA,** Field Operations § Director of the El Paso Field Office of U.S. § Immigration and Customs Enforcement; § **TODD LYONS,** Acting Director of U.S. § Immigration and Customs Enforcement; and § **PAMELA BONDI,** Attorney General of the § United States, § § *Respondents*. § | **EP-25-CV-00680-DCG** |

## ORDER RESETTING HEARING DATE

Petitioner Ernestina Perez-Suarez ("Petitioner") filed "Petitioner's Motion for Hearing" (ECF No. 9) and "Petitioner's Emergency Motion for Hearing or, In the Alternative, for Grant of Habeas Relief" (ECF No. 10). The Court granted these motions to the extent Petitioner sought an evidentiary hearing, and it set that hearing for January 29, 2026, at 10 a.m. Mountain Time.[1]

Respondents timely sought a continuance "to allow sufficient time to gather and review the medical records, which are voluminous and from multiple facilities, and to consult with the medical provider who will be testifying at the hearing regarding Petitioner's medical records and treatment."[2] Petitioner opposes Respondents' request because she has submitted medical records

---

[1] *See* Order, ECF No. 11, at 3.

[2] *See* Mot. Continuance, ECF No. 14, at 1.

for the Court's review and "is willing to make reasonable accommodations for Respondents" due to the abbreviated timeline.[3]

The Court will provide Respondents with additional time to review Petitioner's medical records, but not more than is necessary in light of Petitioner's claim that she is "ill and her life is at risk."[4] This continuance will not delay the timing of the Court's ruling on the underlying Petition.

The Court therefore **GRANTS IN PART** Respondents' "Motion to Continue" (ECF No. 14) to the extent it continues the hearing and **DENIES IN PART** the Motion to the extent the continuance is shorter than the "one week" requested.[5]

The Court **RESCHEDULES** the January 29, 2026 evidentiary hearing to **Wednesday, February 4, 2026**, at **11:00 a.m. Mountain Time**.

**So ORDERED and SIGNED this 28th day of January 2026.**

*(signature)*

DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

---

[3] *See* Am. Mot. Opposing Continuance, ECF No. 16, at 2.

[4] *Id.*

[5] *See* Mot. Continuance at 2.