UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| Ernestina Perez-Suarez | § | |
| | § | CIVIL NO: |
| vs. | § | EP:25-CV-00680-DCG |
| | § | |
| Kristi Noem, Mary De Anda Ybarra, Todd M. Lyons, Pamela Bondi | § | |

## ORDER SETTING EVIDENTIARY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **EVIDENTIARY HEARING** in District Courtroom, Room 322, on the 3rd Floor of the United States Courthouse, 525 Magoffin, El Paso, TX, on **Thursday, February 12, 2026 at 09:30 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 4th day of February, 2026.

_____
DAVID C GUADERRAMA
SENIOR UNITED STATES DISTRICT JUDGE